IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:15-CV-00197 |
| vs. | § § | **PATENT CASE** |
| J. C. PENNEY CORPORATION, INC. | § § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses its Complaint for Declaratory Judgment against Defendant J. C. Penney Corporation, Inc. in *Symbology Innovations, LLC v. J.C. Penney Corporation* (E.D. Tex. Case No. 2:15-CV-00197), without prejudice. In accordance with Rule 41(a)(1)(A)(i), Symbology states that this notice has been filed prior to service by J.C. Penney, Inc. of an answer or of a motion for summary judgment.

Dated: February 26, 2015

Respectfully submitted,
**BROWN, FOX KIZIA & JOHNSON PLLC**

By: ___/s/Jay Johnson___
**JAY JOHNSON**
State Bar No. 24067322
**BAILEY K. HUBBARD**
State Bar No. 24091462
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@brownfoxlaw.com
bailey@brownfoxlaw.com
**ATTORNEYS FOR PLAINTIFF**